UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GONZALEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration<br><br>          Defendant. | No. EDCV 07-00647 SS<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: March 31, 2008.

                                                    /S/
                                      SUZANNE H. SEGAL
                        UNITED STATES MAGISTRATE JUDGE